FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0027

TIMOTHY LONGJAW,

Plaintiff and Appellant,

v.

STATE OF MONTANA, DEPARTMENT OF
ADMINISTRATION RISK MANAGEMENT
AND TORT DIVISION; DEPARTMENT OF
CORRECTIONS, BRIAN GOOTEN, Director;
JAMES SALMONSEN, Warden, Montana State
Prison; BILLIE REICH, Technical Correctional
Services Bureau Chief; JOSEPH CALLAHAN,
Staff Sargent; and DANIEL LAYNE, Supervising
Designee Shift Commander,

Defendants and Appellees.

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Before this Court is self-represented Appellant Timothy Longjaw's Motion to Dismiss this Appeal without prejudice.

Longjaw sued State corrections officials for violating his fundamental rights to due process, equal protection, and to protection of his safety and security while incarcerated. The State of Montana sought dismissal because Longjaw had not first submitted his tort claim to the Department of Administration as required by § 2-9-301(1), MCA, or exhausted his remedies for alleged discrimination under the Montana Human Rights Act. *See* § 49-2-512(1), MCA. The Third Judicial District Court granted the State's motion and dismissed the complaint with prejudice on December 17, 2021. Longjaw appealed that order but now represents that he wants to exhaust his administrative remedies before seeking another appeal. The State filed notice on April 12, 2022, that it has no objection to dismissal of the appeal without prejudice.

IT IS THEREFORE ORDERED that the Longjaw's Motion to Dismiss Appeal is GRANTED. The appeal is DISMISSED without prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Timothy Longjaw personally.

DATED this 12 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2